UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAshell at 12:09 pm, Jun 30, 2020

Sibongiseni Mfundo Msezane,

   Petitioner,

vs

Patrick Gartland, Warden,

   Respondent.

CASE NUMBER  CV519-51

## ORDER

The appeal in the above entitled action having been dismissed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this Court.

This __30__ day of __June__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA