# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
# 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞
# 𝔚𝔞𝔶𝔠𝔯𝔬𝔰𝔰 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

| | | |
|---|---|---|
| SIBONGISENI MFUNDO MSEZANE, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-51 |
| v. | * | |
| PATRICK GARTLAND, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 34. Petitioner Sibongiseni Msezane ("Msezane") did not file Objections to this Report and Recommendation.[1]

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES as moot** Msezane's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court

---

[1] The Clerk of Court incorrectly mailed the Report and Recommendation to Msezane at Hays State Prison. Dkt. entry dated Apr. 5, 2021. However, resending the Report and Recommendation to Msezane's address of record (Folkston Immigration and Customs Enforcement Processing Center) would almost certainly be fruitless. Msezane has been released from custody and has not notified the Court of any change in address, as required. Dkt. No. 34, p. 2 n.2.

AO 72A
(Rev. 8/82)

to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Msezane *in forma pauperis* status on appeal.

    **SO ORDERED**, this 29 day of April, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA